U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY 17 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____Edward A. Yerdon_____

      Plaintiff(s)

vs.

      Defendant(s)
Karin Poitras, NY DMV; Elizabeth Romand GOER

Civil Case No.: 1:21-CV-565 LEK/ML

**COMPLAINT PURSUANT TO THE AMERICANS WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: [X] JURY  [ ] COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

**JURISDICTION**

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

**PARTIES**

2. a. Plaintiff: Edward A. Yerdon

  Address: 472 Baker Ave

      Cohoes NY 12047

 b. Plaintiff: _____

  Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant:    Karin Poitras

Official Position:    Administrative Analyst

Address:    6 ESP Room 524

Albany NY, 12206

b.    Defendant:    NY dept of Motor Vehicles

Official Position:

Address:    6 ESP Room 524

Albany NY, 12206

Additional Defendants may be added on a separate sheet of paper.

4.    My disability is as follows:

ADHD learning disabilities, Obsessive Compulsive Disorder

Schizotypal Personality Disorder, Generalized Anxiety Disorder

5. The conduct complained of in this action involves:
(Check all that apply)

- (A) ☐ Failure to employ.
- (B) ☑ Termination of employment.
- (C) ☐ Denial of participation in public service or program.
- (D) ☑ Failure to make alterations to accommodate disability.
- (E) ☑ Retaliation.
- (F) ☑ Other acts as specified below:
  Harassment; never recognizing improvement;
  Giving me ultimateum and then violating RA
  intentionally.

6. **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

**Note:** Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

See Attached

7. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Compensation for emotional distress; compensation for legal expenses;

Compensation for lost wages; letter of apology and acknowlegement of wrong doing;

institution of autism and personality disorder training for staff and managers.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5/11/2021

Edward A. Yerdon
_(signature)_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Mrs. Poitras was made aware of my disability during a private conversation between myself and her in October 2019.
Mrs. Poitras was made aware of my disability officially when I was diagnosed in January of 2020.
Mrs. Poitras began removing tasks and limiting responsibilities - treated me differently by removing tasks. Two other coworkers were given the opportunity to end probation early, despite mistakes that they made.
Mrs. Poitras graded my performance negatively for not doing tasks that were removed by her previously.
Mrs. Poitras did not reassign work after removal and judged against the quantity of work.
Coworkers and Mrs. Poitras joked about suicide creating a negative work environment.
Mrs. Poitras graded negatively for time off due to a necessary ACL knee surgery.
Mrs. Poitras gave me an ultimatum and then did not follow my accommodation during the month before my termination. She treated me very nice at that time so I thought I was successfully performing in my job. My condition has the potential for me to misunderstand the intentions of other people.
I filed a complaint of antidescrimination in August 2020 because of Karin's unfair ultimatum. Elizabeth Romand and the NY Governor's office of employee relations did nothing to intervene before my termination.